DENNIS M. GRADY, ESQ. Bar No. 118461
GRADY AND ASSOCIATES
3517 Camino Del Rio South, Suite 400
San Diego, California  92108
Telephone:  (619) 528-2530
gradyfedonly@msn.com

Attorneys for Plaintiff, ELSA MANULID

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA MANULID,<br><br>        Plaintiff,<br><br>vs.<br><br>SYCUAN CASINO & RESORT, an entity; SYCUAN BAND OF THE KUMEYAAY NATION, an entity; and DOES 1-30, inclusive.<br><br>        Defendants. | Case No. 11CV0804 MMA WMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Michael M. Anello<br>Courtroom: 5 |

    NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

```
                                    GRADY AND ASSOCIATES

Dated: September 15, 2011      By:  s/Dennis M. Grady
                                    DENNIS M. GRADY, ESQ.
                                    Attorneys for Plaintiff,
                                    ELSA MANULID
                                    Email: gradyfedonly@msn.com
```